UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MONTA LITTLE,

                                            Plaintiff,

      -against-

CITY OF NEW YORK; POLICE OFFICER BENJAMIN
SOTO, Shield No. 10029; SERGEANT JWANN
LAYTON, Shield No. 3917; POLICE OFFICER
HUMBERTO KIBEL, Shield No. 8465; POLICE
OFFICER EDDIE MARTINS, Shield No. 5731; POLICE
OFFICER BARBARA SOBOLEWSKI, Shield No. 1673;
and JOHN and JANE DOE 6 THROUGH 10, individually
and in their official capacities, (the names John and Jane
Doe being fictitious, as the true names are presently
unknown),

                                            Defendants.
-----------------------------------------------------------------x

STIPULATION AND ORDER OF
SETTLEMENT OF ATTORNEYS'
FEES, COSTS AND EXPENSES

10 CV 5994 (JG) (RML)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about December 23, 2010, alleging violations of his constitutional rights; and

        **WHEREAS,** defendants have denied and continue to deny any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** pursuant to the Stipulation and Order of Settlement and Dismissal, plaintiff assigned his right to attorneys' fees, costs, and expenses to his counsel; and

        **WHEREAS,** counsel for defendants and counsel for plaintiff now desire to resolve the issue of attorneys' fees, costs, and expenses without further proceedings;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1. Defendant The City of New York shall pay to plaintiff's counsel, Harvis & Saleem, LLP, the sum total of EIGHTEEN THOUSAND DOLLARS ($18,000.00) in full satisfaction of plaintiff's attorneys' fees, expenses, and costs. Counsel for plaintiff hereby agrees and represents that no other claims for attorneys' fees, costs, or expenses arising out of this action shall be made by or on behalf of plaintiff The City of New York in any application for attorneys' fees, costs, or expenses at any time.

2. In consideration of the payment of EIGHTEEN THOUSAND DOLLARS ($18,000.00) by the defendant The City of New York, counsel for plaintiff does hereby release and discharge defendants City of New York, Police Officer Benjamin Soto, Sergeant Jwann Layton, Police Officer Humberto Kibel, Police Officer Eddie Martins, and Police Officer Barbara Sobolewski; their successors or assigns; and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all claims of attorneys' fees, expenses and costs which were or could have been alleged in the aforementioned action.

3. Nothing contained herein shall be construed to be an admission of liability by any defendants or the City of New York, nor an admission that any of the allegations made by plaintiff are true or that defendants in any way violated any rights guaranteed to plaintiff by any constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, the City of New York, or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This Stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

4. This Stipulation and Order contains all the terms and conditions agreed upon by the counsel for defendants and counsel for plaintiff hereto, and no oral agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of attorneys' fees, costs, or expenses shall be deemed to exist or to vary the terms and conditions contained herein.

Dated: New York, New York
September 21, 2011

HARVIS & SALEEM LLP
Attorneys for Plaintiff
305 Broadway, 14th Floor
New York, NY 10007
(212) 323-6880

By: _____
Gabriel Harvis, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
CITY OF NEW YORK,
POLICE OFFICER BENJAMIN SOTO,
SERGEANT JWANN LAYTON,
POLICE OFFICER HUMBERTO KIBEL,
POLICE OFFICER EDDIE MARTINS, &
POLICE OFFICER BARBARA SOBOLEWSKI
100 Church Street
New York, New York 10007
(212) 676-1307

By: _____
Gregory P. Mouton, Jr., Esq.
Assistant Corporation Counsel

SO ORDERED:

_____
HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE

3